# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

10-07555

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Justin Hill and Andrea Nicole Hill<br><br>Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br><br>      Secured Creditor,<br>vs.<br><br>Andrew Justin Hill and Andrea Nicole Hill, Debtors; Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:09-bk-29330-RJH<br><br>Chapter 13<br><br>**OBJECTION TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION**<br><br>RE: Real Property Located at<br>27298 N. Whitehorn Trail<br>Peoria, AZ 85383 |

    Wells Fargo Bank, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 13 Plan filed by the Debtors for the following reasons:

    Wells Fargo Bank, N.A. objects to the value and modification of terms of on Wells Fargo Bank, N.A.'s lien interest on the real property commonly known as 27298 N. Whitehorn Trail, Peoria AZ 85383 as Debtors' Plan values the claim of Wells Fargo Bank, N.A. at $253,500.00. Wells Fargo Bank, N.A. disputes Debtors' estimated value of the Property and requests an appraisal of the Property to determine the amount of its secured claim pursuant 11 U.S.C. §506(a). Further, Debtors plan proposes to adjust

the adjustable interest rate to a fixed rate at 3.04%. Wells Fargo Bank, N.A. objects to this provision as the debtors are seeking to obtain an interest rate that is far below the current prime rate that is given to borrowers in "Good Standing". A debtor in bankrupcy with a default mortgage loan, is considered an "at risk" borrower due to the debtor's inabailty to pay according to the terms and conditions of the Promissory Note.

The Debtors' plan proposes a monthly payment to Wells Fargo Bank, N.A. in the amount of $1,176.44 per month for sixty (60) months, to be paid outside the plan. Debtors' plan indicates that the Debtors will pay the remainder of the claim through a balloon payment, the source of which is unknown. A balloon payment is not in compliance with the Code. While Wells Fargo Bank, N.A. believes the value is greater than $153,500.00, in order to cure Wells Fargo Bank, N.A.'s claim based on that figure in compliance with 11 U.S.C. §1325(a)(5)(B)(iii), the Debtors' would need to make a payment to Wells Fargo Bank, N.A. of no less than $4,216.67, not including interest, taxes or insurance. As Debtors' current monthly plan payment is not sufficient to pay the claim as modified in equal monthly installments, the Plan cannot be confirmed because it violates Section 11 U.S.C. 1325(a)(5)(b)(iii). In addition, the Debtors' schedules indicate that the Debtors disposable income does not support such payment. The Debtors are also obligated to pay the entire amount of the modified claim within a maximum sixty (60) month plan with interest. In re Enewally, 368 F.3d 1165, 1171 (9th Cir. 2004). These Debtors have not shown an ability to do so.

Until these Debtors can come before this Court with more information or income to properly fund a plan, the Court should not confirm this plan for it does not have a reasonable likelihood of success.

WHEREFORE, secured creditor prays as follows:

(1) That the 13 Plan be denied.

…

…

(2) For such other relief as this Court deems proper.

DATED this 28th day of April, 2010.

                                            Respectfully submitted,

                                            TIFFANY & BOSCO, P.A.

                                            BY   /s/ MSB # 010167
                                                       Mark S. Bosco
                                                       Leonard J. McDonald
                                                       Attorneys for Secured Creditor

COPY of the foregoing mailed
April 28, 2010 to:

Andrew Justin Hill and Andrea Nicole Hill
4933 West Marcus Drive
Phoenix, AZ 85083
Debtors

Kevin C. McCoy
1850 N. Central, Suite 1150
Phoenix, AZ 85004
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

By: Wendy VanLuven