# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ANDREW JUSTIN & ANDREA NICOLE HILL |
| **Case Number:** | 2:09-bk-29330-RJH  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JUNE 29, 2010 10:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK

**R / M #:** 24 / 0

**VACATED:** Hearing Cont to 7/26/10 @ 10am

## Appearances:

NONE

## Proceedings:

VACATED: Hearing Cont to 7/26/10 @ 10am