Paul Sala, State Bar #11693
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: psala@asbazlaw.com

Attorneys for Debtors

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: June 29, 2010**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | CHAPTER 13 |
|---|---|
| ANDREW JUSTIN HILL AND ANDREA NICOLE HILL, | Case No. 2-09-bk-29330-RJH |
| Debtors. | **ORDER APPROVING SUBSTITUTION OF COUNSEL** |

This matter came before the Court pursuant to the *Stipulation for Substitution of Counsel* ("Stipulation") filed on June 28, 2010 by Allen, Sala & Bayne, PLC, and Kelly McCoy, PLC. The Court has considered the Stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED** approving the Stipulation, and substituting the law firm of Kelly McCoy, PLC, in as counsel for Andrew Justin Hill and Andrea Nicole Hill in place of Allen, Sala & Bayne, PLC.

**DATED AND SIGNED ABOVE.**