# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ANDREW JUSTIN & ANDREA NICOLE HILL |
| **Case Number:** | 2:09-bk-29330-RJH            **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, JULY 26, 2010 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK

**R / M #:** 24 / 0

## Appearances:

NO APPEARANCES.

## Proceedings:

HEARING VACATED - CONTINUED TO SEPTEMBER 8, 2010 AT 10AM